**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS NASCA
*on behalf of plaintiff and a class*,

                      Plaintiff,

            - against -

HSBC BANK USA, N.A.,

                      Defendant.
-----------------------------------------------------------X

**ORDER**

CV 10-007 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received the Motions for Pro Hac Vice Admission of Attorneys Daniel A. Edelman [DE 2] and Cathleen M. Combs [DE 3]. The moving affidavit in support of a motion for *pro hac vice* admission must be made by an attorney already admitted to practice in the Eastern District of New York. Attorneys who are not admitted may not move their own admission. In the instant Motions for *Pro Hac Vice* Admission, Attorney Edelman and Attorney Combs move for their own admission. Accordingly, these Motions for Leave to Appear *Pro Hac Vice* are DENIED, without prejudice, and with the right to renew. The motions may be re-submitted with appropriate sponsoring affidavits for further action by the Court. Upon re-filing the motions, the attorneys should also send the originals of their Certificates of Good Standing to the Chambers of Magistrate Judge Tomlinson.

                                            **SO ORDERED.**

Dated: Central Islip, New York
          January 7, 2010

                                            /s/ A. Kathleen Tomlinson
                                            A. KATHLEEN TOMLINSON
                                            U.S. Magistrate Judge