**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS NASCA
*on behalf of plaintiff and a class*,

                Plaintiff,

        - against -

HSBC BANK USA, N.A.,

                Defendant.
-----------------------------------------------------------X

**ORDER**

CV 10-007 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

    Attorney Daniel A. Edelman is permitted to argue or try this case in whole or in part as counsel or advocate. By January 25, 2010, Mr. Edelman shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Edelman shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Edelman shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

                                              **SO ORDERED.**

Dated: Central Islip, New York
           January 11, 2010

                                           /s/ A. Kathleen Tomlinson
                                           A. KATHLEEN TOMLINSON
                                           U.S. Magistrate Judge